UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA GROVE, individually and on behalf of others similarly situated,<br><br>                                       Plaintiff,<br>- versus -<br><br>MELTECH, INC., H & S CLUB OMAHA, INC., and SHANE HARRINGTON,<br><br>                                      Defendants. | Case No.:  8:20-cv-193<br><br><br><br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM** |

      Defendants hereby submit this motion to dismiss pursuant to FRCP Rule 12(b)(6) for failure to state a claim upon which relief can be granted.  Defendants submit a brief and exhibits in support.

      June 23, 2020

                                                                             Respectfully submitted,

                                                               *s/Evan Spencer*
                                                               Evan Spencer
                                                               Attorney at Law
                                                               NY Bar# 278681205
                                                               305 Broadway, 7th Floor
                                                               New York, NY   10007
                                                               Tel. 917.547.4665
                                                               Evan@EvanSpencerEsq.com
                                                               EvanSpencerEsq.com

                                                              *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23rd day of June, 2020, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties' counsel of record.

                                                                           *s/Evan Spencer*
                                                                           Evan Spencer