# EXHIBIT
## "U"

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R3 / OJ5 23498395 | 01/ | 446245 | 1 of 1 |

H & S Club Omaha INC
7301 Farnam ST
Omaha, NE 68114

# Earnings Statement

![ADP]

Period Starting: 11/12/2017
Period Ending: 11/25/2017
Pay Date: 11/29/2017

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Cassandra Schueth
2035 N Keene Ave
Fremont, NE 68025

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 10.50 | 157.50 | 3712.50 |
| Gross Pay | | | $157.50 | $3,712.50 |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | -6.90 | 323.32 |
| Social Security | | -9.77 | 230.18 |
| Medicare | | -2.28 | 53.83 |
| Nebraska State Income | | -0.97 | 82.48 |
| Net Pay | | $137.58 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 10.50 | 247.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9603 | XXXXXXXXX | 137.58 |

Your federal taxable wages this period are $157.50

---

H & S Club Omaha INC
7301 Farnam ST
Omaha, NE 68114

Pay Date: 11/29/2017

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9603 | XXXXXXXXX | 137.58 |

**THIS IS NOT A CHECK**

Cassandra Schueth
2035 N Keene Ave
Fremont, NE 68025

| | | | | | |
|---|---|---|---|---|---|
| Company Code | Loc/Dept | Number | Page | | |
| R3 / OJ5 23498395 | 01/ | 407965 | 1 of 1 | | |

H & S Club Omaha INC
7301 Farnam ST
Omaha, NE 68114

# Earnings Statement

**ADP**

Period Starting: 10/29/2017
Period Ending: 11/11/2017
Pay Date: 11/15/2017

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
  Federal: 0     Federal:
  State: 0     State:
  Local: 0     Local:
Social Security Number:   XXX-XX-XXXX

Cassandra Schueth
2035 N Keene Ave
Fremont, NE 68025

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 14.50 | 217.50 | 3555.00 |
| Gross Pay | | | $217.50 | $3,555.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -12.90 | 316.42 |
| Social Security | -13.48 | 220.41 |
| Medicare | -3.16 | 51.55 |
| Nebraska State Income | -2.39 | 81.51 |
| Net Pay | $185.57 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 14.50 | 237.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9603 | XXXXXXXXX | 185.57 |

Your federal taxable wages this period are $217.50

H & S Club Omaha INC
7301 Farnam ST
Omaha, NE 68114

Pay Date: 11/15/2017

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9603 | XXXXXXXXX | 185.57 |

Cassandra Schueth
2035 N Keene Ave
Fremont, NE 68025

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R3 / OJ5 23498395 | 01/ | 334290 | 1 of 1 |

H & S Club Omaha INC
7301 Farnam ST
Omaha, NE 68114

# Earnings Statement



Period Starting: 10/01/2017
Period Ending: 10/14/2017
Pay Date: 10/18/2017

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
 Federal: 0   Federal:
 State: 0    State:
 Local: 0    Local:
Social Security Number: XXX-XX-XXXX

Cassandra Schueth
2035 N Keene Ave
Fremont, NE 68025

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 31.00 | 465.00 | 3337.50 |
| Gross Pay | | | $465.00 | $3,337.50 |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | -38.55 | 303.52 |
| Social Security | | -28.83 | 206.93 |
| Medicare | | -6.74 | 48.39 |
| Nebraska State Income | | -10.36 | 79.12 |
| Net Pay | | $380.52 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 31.00 | 222.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9603 | XXXXXXXXX | 380.52 |

Your federal taxable wages this period are $465.00

H & S Club Omaha INC
7301 Farnam ST
Omaha, NE 68114

Pay Date: 10/18/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9603 | XXXXXXXXX | 380.52 |

THIS IS NOT A CHECK

Cassandra Schueth
2035 N Keene Ave
Fremont, NE 68025

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R3 / OJ5 23498395 | 01/ | 292492 | 1 of 1 |

H & S Club Omaha INC
7301 Farnam ST
Omaha, NE 68114

# Earnings Statement



Period Starting: 09/17/2017
Period Ending: 09/30/2017
Pay Date: 10/04/2017

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Cassandra Schueth
2035 N Keene Ave
Fremont, NE 68025

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 23.00 | 345.00 | 2872.50 |
| Gross Pay | | | $345.00 | $2,872.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -25.65 | 264.97 |
| Social Security | -21.39 | 178.10 |
| Medicare | -5.00 | 41.65 |
| Nebraska State Income | -6.50 | 68.76 |
| Net Pay | $286.46 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 23.00 | 191.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9603 | XXXXXXXXX | 286.46 |

Your federal taxable wages this period are $345.00

---

H & S Club Omaha INC
7301 Farnam ST
Omaha, NE 68114

Pay Date: 10/04/2017

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9603 | XXXXXXXXX | 286.46 |

Cassandra Schueth
2035 N Keene Ave
Fremont, NE 68025

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R3 / OJ5 23498395 | 01/ | 253129 | 1 of 1 |

H & S Club Omaha INC
7301 Farnam ST
Omaha, NE 68114

# Earnings Statement

**ADP**

Period Starting: 09/03/2017
Period Ending: 09/16/2017
Pay Date: 09/20/2017

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
 Federal: 0   Federal:
 State: 0    State:
 Local: 0    Local:
Social Security Number: XXX-XX-XXXX

Cassandra Schueth
2035 N Keene Ave
Fremont, NE 68025

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 28.50 | 427.50 | 2527.50 |
| Gross Pay |  |  | $427.50 | $2,527.50 |

| Statutory Deductions |  | this period | year to date |
|---|---|---|---|
| Federal Income |  | -33.90 | 239.32 |
| Social Security |  | -26.51 | 156.71 |
| Medicare |  | -6.20 | 36.65 |
| Nebraska State Income |  | -9.16 | 62.26 |
| Net Pay |  | $351.73 |  |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 28.50 | 168.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9603 | XXXXXXXXX | 351.73 |

Your federal taxable wages this period are $427.50

H & S Club Omaha INC
7301 Farnam ST
Omaha, NE 68114

Pay Date: 09/20/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9603 | XXXXXXXXX | 351.73 |

THIS IS NOT A CHECK

Cassandra Schueth
2035 N Keene Ave
Fremont, NE 68025

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R3 / OJ5 23498395 | 01/ | 215543 | 1 of 1 |

H & S Club Omaha INC
7301 Farnam ST
Omaha, NE 68114

# Earnings Statement

![ADP]

Period Starting: 08/20/2017
Period Ending: 09/02/2017
Pay Date: 09/06/2017

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Cassandra Schueth
2035 N Keene Ave
Fremont, NE 68025

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 40.00 | 600.00 | 2100.00 |
| Gross Pay | | | $600.00 | $2,100.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -58.80 | 205.42 |
| Social Security | -37.20 | 130.20 |
| Medicare | -8.70 | 30.45 |
| Nebraska State Income | -14.71 | 53.10 |
| Net Pay | $480.59 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 140.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9603 | XXXXXXXXX | 480.59 |

Your federal taxable wages this period are $600.00

---

H & S Club Omaha INC
7301 Farnam ST
Omaha, NE 68114

Pay Date: 09/06/2017

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9603 | XXXXXXXXX | 480.59 |

THIS IS NOT A CHECK

Cassandra Schueth
2035 N Keene Ave
Fremont, NE 68025

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R3 / OJ5 23498395 | 01/ | 176000 | 1 of 1 |

H & S Club Omaha INC
7301 Farnam ST
Omaha, NE 68114

# Earnings Statement 

Period Starting: 08/06/2017
Period Ending: 08/19/2017
Pay Date: 08/23/2017

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Cassandra Schueth
2035 N Keene Ave
Fremont, NE 68025

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 58.50 | 877.50 | 1500.00 |
| Gross Pay | | | $877.50 | $1,500.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -100.42 | 146.62 |
| Social Security | -54.40 | 93.00 |
| Medicare | -12.72 | 21.75 |
| Nebraska State Income | -26.91 | 38.39 |
| Net Pay | $683.05 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 58.50 | 100.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9603 | XXXXXXXXX | 683.05 |

Your federal taxable wages this period are $877.50

H & S Club Omaha INC
7301 Farnam ST
Omaha, NE 68114

Pay Date: 08/23/2017

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9603 | XXXXXXXXX | 683.05 |

THIS IS NOT A CHECK

Cassandra Schueth
2035 N Keene Ave
Fremont, NE 68025

| Company Code | Loc/Dept | Number | Page | | Earnings Statement | |
|---|---|---|---|---|---|---|
| R3 / OJ5 23498395 | 01/ | 137351 | 1 of 1 | | |  |

H & S Club Omaha INC  
7301 Farnam ST  
Omaha, NE 68114

Period Starting: 07/23/2017  
Period Ending: 08/05/2017  
Pay Date: 08/09/2017

Taxable Marital Status: Single  
Exemptions/Allowances: Tax Override:  
  Federal: 0   Federal:  
  State: 0   State:  
  Local: 0   Local:  
Social Security Number: XXX-XX-XXXX

Cassandra Schueth  
2035 N Keene Ave  
Fremont, NE 68025

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 32.00 | 480.00 | 622.50 |
| Gross Pay | | | $480.00 | $622.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -40.80 | 46.20 |
| Social Security | -29.76 | 38.60 |
| Medicare | -6.96 | 9.03 |
| Nebraska State Income | -10.85 | 11.48 |
| Net Pay | $391.63 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 32.00 | 41.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9603 | XXXXXXXXX | 391.63 |

Your federal taxable wages this period are $480.00

---

H & S Club Omaha INC  
7301 Farnam ST  
Omaha, NE 68114

Pay Date: 08/09/2017

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9603 | XXXXXXXXX | 391.63 |

Cassandra Schueth  
2035 N Keene Ave  
Fremont, NE 68025

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R3 / OJ5 23498395 | 01/ | 100498 | 1 of 1 |

H & S Club Omaha INC
7301 Farnam ST
Omaha, NE 68114

# Earnings Statement



Period Starting: 07/09/2017
Period Ending: 07/22/2017
Pay Date: 07/26/2017

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal: 0       Federal:
  State: 0         State:
  Local: 0         Local:
Social Security Number: XXX-XX-XXXX

Cassandra Schueth
2035 N Keene Ave
Fremont, NE 68025

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 9.50 | 142.50 | 142.50 |
| Gross Pay | | | $142.50 | $142.50 |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | -5.40 | 5.40 |
| Social Security | | -8.84 | 8.84 |
| Medicare | | -2.07 | 2.07 |
| Nebraska State Income | | -0.63 | 0.63 |
| Net Pay | | $125.56 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 9.50 | 9.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9603 | XXXXXXXXX | 125.56 |

Your federal taxable wages this period are $142.50

---

H & S Club Omaha INC
7301 Farnam ST
Omaha, NE 68114

Pay Date: 07/26/2017

*THIS IS NOT A CHECK*

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9603 | XXXXXXXXX | 125.56 |

Cassandra Schueth
2035 N Keene Ave
Fremont, NE 68025