UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

ANDREA GROVE and CHRYSTINA
WINCHELL, individually and on behalf of
similarly situated individuals,

Plaintiffs,

- versus -

MELTECH, INC., H & S CLUB OMAHA,
INC., and SHANE HARRINGTON,

Defendants.

Case No.:  8:20-cv-193-JFB-MDN

**MOTION FOR RECONSIDERATION
UNDER FRCP RULE 60(b) AND
REQUEST FOR OTHER RELIEF**

Defendants file this motion for: (1) reconsideration of the court's memorandum and order

dated December 3, 2020 (Dkt. 85) pursuant to FRCP Rule 60(b); (2) a protective order regarding

confidential information pursuant to FRCP Rule 26(c); and (3) a stay pending the court's

decision regarding Defendants' motion to dismiss (Dkt. 67 – 69).

December 13, 2020

Respectfully submitted,

*s/Evan Spencer*
Evan Spencer
Attorney at Law
NY Bar# 278681205
305 Broadway, 7th Floor
New York, NY   10007
Tel. 917.547.4665
Evan@EvanSpencerEsq.com
EvanSpencerEsq.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of December 2020, a true and correct copy
of the above and foregoing document was electronically filed with the Clerk of the Court using the
CM/ECF system, which will send notification of such filing to all parties' counsel of record.

*s/Evan Spencer*
Evan Spencer

1