UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA GROVE and <br> CHRYSTINA WINCHELL, <br> individually and on behalf <br> of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> MELTECH, INC., <br> H&S CLUB OMAHA, INC., <br> and SHANE HARRINGTON, <br><br> Defendants. | NO. 8:20-CV-00193-JFB-MDN |

## PLAINTIFFS' SUPPLEMENTAL MOTION FOR CONTEMPT

Plaintiffs Andrea Grove and Chrystina Winchell, through counsel, hereby supplement their Renewed Motion for Contempt (Dkt. 109). On February 18, 2021, Defendant Shane Harrington made a public post on his Facebook page, attached as Exhibit A, which contains threats of "hundreds of thousands of dollars in legal fees" against Plaintiffs and opt-ins and characterizes this lawsuit as "fraudulent", "frivolous" and "a criminal shakedown". This posting is in direct violation of the Court's Order, dated December 3, 2020 (Dkt. 84), which enjoins Defendants and their counsel from "retaliating or discriminating in any way against the plaintiffs or similarly situated individuals for involvement with or participation in this action or any other pursuit of claims under the FLSA" and constitutes additional grounds for holding the Defendants and their counsel in contempt of court.

DATED:     February 19, 2021         Respectfully submitted,

ANDREA GROVE, and
CHRYSTINA WINCHELL,
on behalf of themselves
and all others similarly situated,

By her attorneys,


/s/ Olena Savytska
Harold Lichten
Olena Savytska
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
hlichten@llrlaw.com
osavytska@llrlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 19 day of February, 2021, a copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

/s/ Olena Savytska
Olena Savytska, Esq.