# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA GROVE, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MELTECH, INC.,<br>H&S CLUB OMAHA, INC.,<br>and SHANE HARRINGTON,<br><br>Defendants. | NO. 8:20-CV-00193-JFB-MDN |

## INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION FOR CONTEMPT

| | |
|---|---|
| Exhibit 1 | Declaration of Olena Savytska |

DATED:		February 19, 2021		Respectfully submitted,

ANDREA GROVE AND CHRYSTINA WINCHELL, on behalf of themselves and all others similarly situated,

By their attorneys,

/s/ Olena Savytska
Harold Lichten
Olena Savytska
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
hlichten@llrlaw.com
sliss@llrlaw.com
osavytska@llrlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19 day of February, 2021, a copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

/s/ Olena Savytska
Olena Savytska, Esq.