UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA GROVE and<br>CHRYSTINA WINCHELL,<br>individually and on behalf<br>of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MELTECH, INC.,<br>H&S CLUB OMAHA, INC.,<br>and SHANE HARRINGTON,<br><br>Defendants. | NO. 8:20-CV-00193-JFB-MDN |

**PLAINTIFFS' SUPPLEMENTAL MOTION TO DISQUALIFY
DEFENDANTS' COUNSEL**

**I.      INTRODUCTION**

Plaintiffs Andrea Grove and Chrystina Winchell seek to supplement their Motion to Disqualify Attorney Evan Spencer, filed on February 18, 2021 (Dkt. 124). Following the contempt hearing which took place on February 19, 2021, Defendant Harrington has announced to Club Omaha dancers that he was retiring from the club and moving to Florida, and that Attorney Spencer would be one of the people taking over the day-to-day operations of the club. Mr. Spencer's active involvement in Club Omaha operations warrants immediate disqualification on the ground that Mr. Spencer is a necessary witness in this case. Plaintiffs therefore request that Attorney Spencer be disqualified as counsel for Defendants.

DATED: February 23, 2021            Respectfully submitted,

ANDREA GROVE, and
CHRYSTINA WINCHELL,
on behalf of themselves
and all others similarly situated,

By their attorneys,


/s/ Olena Savytska
Harold Lichten
Olena Savytska
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
hlichten@llrlaw.com
osavytska@llrlaw.com


## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23 day of February, 2021, a copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

/s/ Olena Savytska
Olena Savytska, Esq.