# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA GROVE, individually and on behalf of similarly situated individuals; and CHRYSTINA WINCHELL, individually and on behalf of similarly situated individuals;<br><br>**Plaintiffs,**<br><br>vs.<br><br>MELTECH, Inc.; H&S CLUB OMAHA, INC., SHANE HARRINGTON, and BRAD CONTRERAS,<br><br>**Defendants.** | 8:20CV193<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation to Stay Litigation and Tolling Agreement ([Filing No. 192](#)). The parties have requested a settlement conference before the undersigned magistrate judge and request a stay of these proceedings for a period of forty-five (45) days while they engage in settlement discussions. Accordingly,

**IS IT ORDERED:** The parties' Stipulation to Stay Litigation and Tolling Agreement ([Filing No. 192](#)) is granted. This case is stayed until **June 29, 2021**. On or before that date, the parties shall submit a joint status report apprising the Court as to their positions on whether the stay should be extended or whether case progression deadlines should be reinstated.

Dated this 18th day of May, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge