**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

| | |
|---|---|
| ANDREA GROVE and ) | |
| CHRYSTINA WINCHELL, ) | |
| individually and on behalf ) | |
| of similarly situated individuals, ) | NO. 8:20-CV-00193-JFB-MDN |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| MELTECH, INC., ) | |
| H&S CLUB OMAHA, INC., ) | |
| SHANE HARRINGTON and ) | |
| BRAD CONTRERAS, ) | |
| ) | |
| Defendants. ) | |

<u>**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS'**</u>
<u>**RENEWED MOTION TO DISQUALIFY AND FOR SANCTIONS**</u>

Exhibit 1                    Declaration of Olena Savytska

DATED:        June 28, 2021                Respectfully submitted,

                                           ANDREA GROVE AND CHRYSTINA
                                           WINCHELL, on behalf of themselves
                                           and all others similarly situated,

                                           By their attorneys,


                                           /s/ Olena Savytska
                                           Harold Lichten
                                           Olena Savytska
                                           LICHTEN & LISS-RIORDAN, P.C.
                                           729 Boylston Street, Suite 2000
                                           Boston, MA 02116
                                           (617) 994-5800
                                           hlichten@llrlaw.com
                                           sliss@llrlaw.com
                                           osavytska@llrlaw.com


## CERTIFICATE OF SERVICE

        I hereby certify that on this 28 day of June, 2021, a copy of the foregoing document was
filed electronically through the Court's CM/ECF system, which will send notice of this filing to
all counsel of record.

                                           /s/ Olena Savytska
                                           Olena Savytska, Esq.