"

"

"

# Gzj kdkv'I "

Filed Provisionally Under Seal