UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

|  |  |
|---|---|
| ANDREA GROVE and<br>CHRYSTINA WINCHELL,<br>individually and on behalf<br>of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MELTECH, INC.,<br>H&S CLUB OMAHA, INC.,<br>SHANE HARRINGTON, and<br>BRAD CONTRERAS,<br><br>Defendants. | NO. 8:20-CV-00193-JFB-MDN |

## PLAINTIFFS' MOTION TO FILE EXHIBITS UNDER SEAL

Pursuant to Rule 12.5, Plaintiffs Andrea Grove and Chrystina Winchell hereby seek leave to file under seal Exhibits A, F, G and H in support of Plaintiffs' Renewed Motion to Disqualify and For Sanctions (Dkts. 204-206) under seal. These documents contain confidential information, including settlement discussions, and/or sensitive personal information which is not subject to public disclosure. Plaintiffs have indicated, as part of their filing at Dkt. 206, that these exhibits will be filed provisionally under seal.

DATED: June 28, 2021                     Respectfully submitted,

                                          ANDREA GROVE, and
                                          CHRYSTINA WINCHELL,
                                          on behalf of themselves
                                          and all others similarly situated,

                                          By their attorneys,

/s/ Olena Savytska
Harold Lichten
Olena Savytska
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
hlichten@llrlaw.com
osavytska@llrlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 28 day of June, 2021, a copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

/s/ Olena Savytska
Olena Savytska, Esq.