UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA GROVE and CHRYSTINA WINCHELL, individually and on behalf of similarly situated individuals,<br><br>　　　　　　　　　　　　Plaintiffs,<br>　　　- versus -<br><br>MELTECH, INC., H & S CLUB OMAHA, INC., SHANE HARRINGTON and BRAD CONTRERAS,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 8:20-cv-193-JFB-MDN<br><br>**DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' RENEWED MOTION TO DISQUALIFY** |

　　　　Defendants file this motion pursuant to FRCP Rule 26(b) requesting an extension of time to respond to Plaintiffs' renewed motion to disqualify.  Plaintiffs have filed a comprehensive motion with hundreds of pages of documents to disqualify Plaintiffs' counsel simultaneously with a complex motion for class certification.  Defendants' counsel must perform a great deal of research on numerous topics including the ethical rights and duties of attorneys, the right of a party to choose their own counsel, the due process clause and equal protection clause of the Constitution, and the Americans with Disabilities Act as well as obtaining declarations from multiple witnesses all while opposing Plaintiffs motion for class certification.  Defendants therefore request an extension of time to respond to Plaintiffs' renewed motion to disqualify, up to and including Monday, July 26, 2021.

　　　　WHEREFORE, Defendants request an order extending their time to respond to Plaintiffs' renewed motion to disqualify until July 26, 2021.

　　　　Dated:  June 30, 2021

Respectfully submitted,

*s/Evan Spencer*
Evan Spencer
Attorney at Law
NY Bar# 2786812
305 Broadway, 7th Floor
New York, NY   10007
Tel. 917.547.4665
Evan@EvanSpencerEsq.com
EvanSpencerEsq.com

Travis Penn
Penn Law Firm, LLC
125 South 93rd Avenue
Omaha, Nebraska 68114
Tel. 402.880.4814
Travis.Penn@gmail.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of June 2021, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties' counsel of record.

*s/Evan Spencer*
 Evan Spencer