IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA GROVE, individually and on behalf of similarly situated individuals; and CHRYSTINA WINCHELL, individually and on behalf of similarly situated individuals;<br><br>Plaintiffs,<br><br>vs.<br><br>MELTECH, Inc.; H&S CLUB OMAHA, INC., and SHANE HARRINGTON,<br><br>Defendants. | 8:20CV193<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered this date,

IT IS ORDERED:

1. Judgment is entered in accordance with the Settlement Agreement (Filing No. 253-1).

2. This action is dismissed with prejudice.

Dated this 12th day of January 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge